# MEMORANDA

OF

# CASES NOT REPORTED IN FULL.

---

ALEXANDER COMBS, *Appellant*, *v.* MICHAEL VIGOTTY, *Respondent.*— Judgment of County Court affirmed, with costs. Opinion by GILBERT, J.; BARNARD, P. J., for reversal, on the ground that the agreement between Wm. Combs and defendant was improperly admitted.

IN THE MATTER OF WILLIAM H. GALE.—Motion denied. Opinion by BARNARD, P. J.

PERRIN H. SUMNER, *Appellant*, *v.* HENRY HOSFORD, *Respondent*, Impleaded, etc. Order affirmed, with ten dollars costs and disbursements. Opinion by GILBERT, J.; DYKMAN, J., dissenting.

—— POLHEMUS *v.* —— VOORHIES. — Motion denied, with ten dollars costs. Opinion by DYKMAN, J.

ADALINE KILLMER, *Appellant*, *v.* JOHN A. COON, *Respondent.* — Order of December 11, 1880, affirmed, with costs and disbursements. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

SAME *v.* SAME. — Order of January 22, 1881, affirmed, with costs and disbursements. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

MATTER OF MARTINHOFF. — Order reversed, with ten dollars costs and disbursements. Opinion by GILBERT, J.

MATTER OF GRUMMUN. — Order affirmed, with costs and disbursements. Opinion by BARNARD, P. J.; GILBERT, J., not sitting.

CLINTON RAYNOR, *Respondent*, *v.* HARRISON GORDON, *Appellant.* — Motion denied. Opinion by GILBERT, J.

JOSEPH V. WALSH, *Plaintiff*, *v.* EMIL STERN and FREDERICK LEWIS, *Defendants.* — Part of order appealed from affirmed, with costs